

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER OF ABATEMENT

Appellate case name:  Manisch Sohani and Anis Virani v. Nizar Sunesara

Appellate case number: 01-16-00460-CV

Trial court case number: 1058441

Trial court:    County Court at Law No. 1 of Harris County

On June 6, 2016, the appellants, Manisch Sohani and Anis Virani, filed a notice of appeal from the final judgment, signed by the trial court on March 9, 2016, after filing a motion for new trial. *See* TEX. R. APP. P. 26.1(a)(1). On June 30, 2016, the parties filed this agreed motion to abate requesting that this Court abate this appeal to permit mediation pursuant to a Rule 11 agreement in which the parties, among other things, agreed to file this joint motion to abate this appeal to allow for mediation.

Accordingly, the Court **grants** the joint motion and **abates** the appeal and **remands** the case to the trial court for further proceedings. This appeal is abated, treated as a closed case, and removed from this Court's active docket. The appeal will be reinstated on this Court's active docket when either party files a motion to reinstate this appeal with the Clerk of this Court.

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
       ☑ Acting individually  ☐ Acting for the Court

Date: July 19, 2016